AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FERNANDO LINARES BELTRANENA | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   09-1457 (BJR) |
| U.S. DEPARTMENT OF STATE | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____   recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Judgment is hereby entered for the defendant on Renewed Motion for Summary Judgment; AND IT IS
FURTHER ORDERED that this action is hereby dismissed in its entirety, with prejudice.

_____ .

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Barbara Jacobs Rothstein _____   on a motion for

Date:   10/21/2011 _____          *ANGELA D. CAESAR, CLERK OF COURT*

/s/ Tonya T. Hightower
_____
*Signature of Clerk or Deputy Clerk*